1  ~~SCOTT SCHOOLS~~
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5           UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7                  SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,            )   CRIMINAL NO. 08-70034 HRL
9                                        )
          Plaintiff,                     )
10                                       )   NOTICE OF PROCEEDINGS ON
          v.                             )   OUT-OF-DISTRICT CRIMINAL
11                                       )   CHARGES PURSUANT TO RULES
   Hai V. Nguyen                         )   5(c)(2) AND (3) OF THE FEDERAL RULES
12        Defendant.                     )   OF CRIMINAL PROCEDURE
13                                       )

14

        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on _____, the above-named defendant was arrested based upon an

arrest warrant (copy attached) issued upon an

   ☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other Violation Petition

pending in the Central District of California, Case Number SACR 07-0005 AG

   In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,

Section(s) 3583(e)(3)

Description of Charges: Violation Petition

                                        Respectfully Submitted,
                                        ~~SCOTT SCHOOLS~~
                                        UNITED STATES ATTORNEY

Date: 1/24/08
                                        _____
                                        Assistant U.S. Attorney

1

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. HAI V. NGUYEN

Docket No. **SACR07-00005 AG**

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of HAI V. NGUYEN who was placed on supervision by the Honorable WESLEY E. BROWN sitting in the Court at Wichita, Kansas, on the 10th day of September, 2003 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(SEE ATTACHED PAGE)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Hai Nguyen before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 28th day of December, 2006 and ordered filed and made a part of the records in the above case. ALICEMARIE H. STOTLER
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 19, 2006

JOE G. GARCIA
U. S. Probation Officer

Place: Santa Ana, California

U.S.A. VS. HAI V. NGUYEN
DOCKET NO.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another crime, on or about October 25, 2006, Hai V. Nguyen, was arrested by the Fountain Valley Police Department for forgery, in violation of Section 470(b)PC. Felony criminal charges have been filed in the Orange County Superior Court, West Justice Center, Case No.06WF3284.

2. Having been ordered by the Court not to commit another crime, on or about October 25, 2006, Hai V. Nguyen, was arrested by the Fountain Valley Police Department for receiving stolen property, in violation of Section 496(a)PC. Felony criminal charges have been filed in the Orange County Superior Court, West Justice Center, Case No. 06WF3284.

3. Having been ordered by the Court not to commit another crime, on or about October 25, 2006, Hai V. Nguyen, was arrested by the Fountain Valley Police Department for committing false personation, in violation of Section 529(3)PC. Felony criminal charges have been filed in Orange County Superior Court, West Justice Center, Case No. 06WF3284.

4. Having been ordered by the Court not to commit another crime, on or about October 25, 2006, Hai V. Nguyen, was arrested by the Fountain Valley Police Department for committing unauthorized use of personal identifying information, in violation of Section 530.5(a)PC. Felony criminal charges have been filed in Orange County Superior Court, West Justice Center, Case No. 06WF3284.

5. Having been ordered by the Court not to commit another crime, on or about October 25, 2006, Hai V. Nguyen, was arrested by the Fountain Valley Police Department for resisting public or peace officer, in violation of Section 148(a)(1). Misdemeanor criminal charges have been filed in Orange County Superior Court, West Justice Center, Case No. 06WF3284.

6. Having been ordered by the Court not to use any controlled substances, on or about October 25, 2006, Hai V. Nguyen, admitted use of Ecstasy to the Fountain Valley Police Department.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | **SACR07-00054 AG** |
| v. | |
| HAI V. NGUYEN | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _HAI V. NGUYEN_ and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title _18_ United States Code, Section(s) _3583(e)(3)_

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | 12/28/06 SANTA ANA, CA |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| /s/ KORI ANDERSON | BY: **ALICEMARIE H. STOTLER** |
| SIGNATURE OF DEPUTY CLERK KORI ANDERSON | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04) PAGE 1 of 2