AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

__Hai Nguyen__
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: __08 mj 70034 HRL__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in __Central__ District of __California__ alleging violation of __18 U.S.C. §' 3583(e)(3)__ (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

(Ⓧ) preliminary hearing

( — ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

X _____
Defendant

__1-24-08__
Date

_____
Defense Counsel