UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

2008 FEB 11 PM 4: 16

RICHARD WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

General Court Number
408.535.5363

January 24, 2008

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**Clerk of Court**
**U.S. District Court-CDCA**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street**
**Santa Ana, CA 92701-4593**

Case Name:        **USA-v-Hai V. Nguyen**
Case Number:      **5-08-70034-HRL  (Your Case# SACR07-0005AG)**
Charges:          **Violation Petition**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Howard R. Lloyd.  The following action has been taken:

      (X)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
      ()    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita J. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____                    **CLERK, U.S. DISTRICT COURT**

                                                    By _____
                                                            **Deputy Clerk**